IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR TEON LINDSEY, II,<br>    Plaintiff<br>v.<br><br>RICHARD H. LENNY d/b/a THE<br>HERSHEY COMPANY,<br>    Defendant | :<br>:   Civil Action No. 1:09-cv-1236<br>:<br>:   (Chief Judge Kane)<br>:<br>:   (Magistrate Judge Mannion)<br>:<br>:<br>: |

## MEMORANDUM ORDER

Before the Court is a "motion for refund" filed by Plaintiff Victor Teon Lindsey, II. (Doc. No. 15.) In the motion, Plaintiff avers that, in light of Magistrate Judge Mannion's order consolidating this case with case number 1:cv-09-1348, he is due a refund of $700.00.

As noted at docket entry 10 in the above-captioned case, Magistrate Judge Mannion discovered from a letter written by Plaintiff (Doc. No. 9) that Plaintiff had only intended to file one suit against Richard H. Lenny d/b/a the Hershey Company, though the Clerk of Court had docketed the two separate complaints filed as two separate cases. To remedy the error, Judge Mannion ordered that the two cases be consolidated, that only one filing fee be paid between the two cases, and that the Warden be notified that all filing fees deducted from Plaintiff's prison account thereinafter should be paid to the above-captioned case. (Doc. No. 10 at 2.) A review of the docket indicates, however, that a portion of the filing fee for case number 09-1348 had already been paid and that the Warden continues to make payments to case number 09-1348 instead of case number 09-1236. (Case No. 09-1348 Doc. Nos. 10, 12, 13, 14.) Plaintiff has made payments totaling $291.60 toward his filing fees, though all fees were initially applied to case number 09-1348, which has been consolidated into case number 09-1236.

1

To date, Plaintiff has paid less than the filing fee due for a single case, and therefore is not owed any refund, but all fees paid toward case number 09-1348 shall be forwarded to payment of case number 09-1236 in compliance with Judge Mannion's order. The Court notes that Plaintiff also has a third action in this Court, not related to the case at bar, and the Court has reviewed that docket and determined that no overpayment has occurred in that case, either.

**Accordingly,** this 11th day of March 2010, upon consideration of the foregoing, **IT IS HEREBY ORDERED** that:

1. All fees paid in furtherance of case number 1:cv-09-1348 be transferred to payment of case number 1:cv-09-1236;

2. The Clerk of Court shall notify the Warden that only one filing fee shall be paid for the two actions, with the $59.40 still owing being paid to case number 1:cv-09-1236;

3. Plaintiff's motion is **DENIED**; no refund is warranted because no overpayment has occurred.

           S/ Yvette Kane
           Yvette Kane, Chief Judge
           United State District Court
           Middle District of Pennsylvania